O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO VILLALOBOS,<br><br>  Petitioner,<br><br>v.<br><br>THERESA CISNEROS, Warden,<br><br>  Respondent. | Case No. 2:23-cv-07642-CAS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered denying the petition and dismissing this action with prejudice.

///

///

///

1   Further, the Court finds that Petitioner has not made a
2   substantial showing of the denial of a constitutional right or that the
3   court erred in its procedural ruling and, therefore, a certificate of
4   appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2);
5   Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);
6   *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

8   DATED: February 7, 2025

                                  /s/ Christina A. Snyder
10                          HONORABLE CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT JUDGE