JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO VILLALOBOS,<br><br>  Petitioner,<br><br> v.<br><br>THERESA CISNEROS, Warden,<br><br>  Respondent. | Case No. 2:23-cv-07642-CAS-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: February 7, 2025

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE